IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
MAY 26 2005
CLERK
UNITED STATES BANKRUPTCY COURT
SAN JOSE, CALIFORNIA

In Re:

West Coast Circuits

Case No. 99-57139JRG

Chapter 7

Debtor

**ORDER TO PAY UNCLAIMED FUNDS**

It appearing that the check(s) made payable to MacDermid, Incorporated in the total amount of $9,245.64 was not cashed within the 90 day limit and an unclaimed money report was entered on September 17, 2004 to close the account and transfer the monies to the Clerk, U. S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that MacDermid, Incorporated is now claiming the above monies in the application attached hereto.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay said sum of $9,245.64 to the order of MacDermid, Incorporated, 245 Freight Street, Waterbury, CT 06702, Attention: John Cordani.

Dated May 26, 2005

_____
UNITED STATES BANKRUPTCY JUDGE